CRAIG CARPENITO
United States Attorney
DANIEL J. GIBBONS
Assistant U.S. Attorney
970 Broad Street
Newark, N.J. 07102
Tel. (970) 645-2828
Fax (973) 297-2010
daniel.gibbons@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEICO a/s/o Aleksey Tash,<br><br>    *Plaintiff,*<br><br>v.<br><br>Carl Grant, Penske Lease & Rental and US Trailer Holdings LLC,<br><br>    *Defendants.* | HON. WILLIAM H. WALLS<br><br>Civil Action No. 18-1558 (WHW)(CLW) |

### STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and between the attorneys for the plaintiff and the United States, that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), this matter is hereby dismissed without prejudice, and with each party bearing its own fees, attorney fees, costs and expenses.

It is further stipulated and agreed that dismissal of this matter is not a second dismissal governed by Fed.R.Civ.P. 41(a)(1)(B).

_____                    Dated: 2/8/18
CRAIG CARPENITO
United States Attorney
BY: DANIEL J. GIBBONS
Assistant United States Attorney

_____    Dated: 2/8/18
William Hahn, Esq.
McDermott & McGee, LLP