CRAIG CARPENITO
United States Attorney
DANIEL J. GIBBONS
Assistant U.S. Attorney
970 Broad Street
Newark, N.J. 07102
Tel. (970) 645-2828
Fax (973) 297-2010
daniel.gibbons@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEICO a/s/o Aleksey Tash, | HON. WILLIAM H. WALLS |
| *Plaintiff*, | Civil Action No. 18-1558 (WHW)(CLW) |
| v. | |
| Carl Grant, Penske Lease & Rental and US Trailer Holdings LLC, | |
| *Defendants*. | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and between the attorneys for the plaintiff and the United States, that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), this matter is hereby dismissed without prejudice, and with each party bearing its own fees, attorney fees, costs and expenses.

It is further stipulated and agreed that dismissal of this matter is not a second dismissal governed by Fed.R.Civ.P. 41(a)(1)(B).

_Daniel J. Gibbons_                              Dated: 2/8/18
CRAIG CARPENITO
United States Attorney
BY: DANIEL J. GIBBONS
Assistant United States Attorney

_____   Dated: 2/8/18
William Hahn, Esq.
McDermott & McGee, LLP


IT IS SO ORDERED:
    S/ William H. Walls, USDJ
_____
                          U.S.D.J.